# **EXHIBIT B**

**Infringed By:**

**Edan USA, 4204 Jutland Drive,**

**Suite B, San Diego, CA 92117**

**iM80**

**Brand**: EDAN USA **Model:** Patient Monitor

Website link: http://www.edanusa.com/Product/iM80M80-Patient-Monitor.html

http://www.edanusa.com/brochures/man_4262.pdf

| S.No. | US9107597B2 | iM80 |
|---|---|---|
| 1 | An apparatus for performing one of 12 leads and 18 leads electrocardiogram on a body of a subject | iM80:<br><br>The monitor monitors parameters such as ECG (3-lead, 5-lead, 12-lead selectable), Respiration (RESP), Functional arterial oxygen saturation (SpO2), Invasive or noninvasive blood pressure (2/4 channels IBP NIBP), Cardiac Output (C.O.), Temperature (dual-TEMP), Expired CO2 and Anesthetic gas (AG). The monitor is equipped with alarms that indicate system faults (such as loose or defective electrodes), physiologic parameters that have exceeded the limits set by the operator, or both.<br><br>*http://www.edanusa.com/brochures/man_4262.pdf (Page 13)* |

| | | | |
|---|---|---|---|
| | 2 | two electrodes, each of the two electrodes being adjustable on the body to record one or more signal parameters at one or more locations on the body | 8.8.1 Electrode Placement for 3-lead<br>Take the American standard for example, see the following figure:<br>■RA placement - directly below the clavicle and near the right shoulder.<br>■LA placement: directly below the clavicle and near the left shoulder.<br>■LL placement - on the left hypogastrium.<br><br><br>Electrode Placement for 3-lead<br><br>http://www.edanusa.com/brochures/man_4262.pdf (Page 68)<br>Based on the highlighted text, it is inferred that when the monitor is set in 3-lead configuration, two electrodes are used, that are adjustable on the body to measure body signal parameters at different body locations. The electrodes are not part of the iM80 monitor but are accessory. |
| | 3 | a device capable of being | 8.6.2 Connecting ECG Cables |

| | | |
|---|---|---|
| | <u>communicably coupled to the electrodes, the device configured to detect and collect the one or more recorded signal parameters for processing thereof and thereby determining</u> one of <u>12 leads</u> and 18 leads electrocardiogram | 1. Attach clip or snap to electrodes prior to placement.<br>2. Put the electrodes on the patient. Before attaching, apply some conductive jelly on the electrodes if the electrodes are not electrolyte self-supplied.<br>3. <u>Connect the electrode lead to the patient's cable</u>.<br><br>*http://www.edanusa.com/brochures/man_4262.pdf* (Page 67)<br><br><br><br>iM80 Side View<br><br>\| 1 \| Sensor port \|<br>\| 2 \| AG fixation bracket \|<br>\| 3 \| Recorder door \|<br>\| 4 \| Battery door \| |

| | | |
|---|---|---|
| | | *http://www.edanusa.com/brochures/man_4262.pdf (Page 26)*<br>*The rectangle numbered 1 is sensor port and obviously has connectors to connect electrode probes as also explained in highlighted text. So iM80 is the device that couples to electrodes and collects the body signal parameters for determining 12 lead ECG (electrocardiogram).* |
| 4 | wherein the <u>collected signal parameters are processed prior to transmitting the determined electrocardiogram to a monitoring station;</u> | Chapter 8 Monitoring ECG<br>8.1 Overview<br><u>The electrocardiogram (ECG) measures the electrical activity of the heart and displays it on the monitor</u> as a waveform and a numeric. This chapter also tells you about arrhythmia monitoring and ST monitoring.<br><br>*http://www.edanusa.com/brochures/man_4262.pdf (Page 64)*<br>*Measured body signal parameters are processed to generate the ECG and display it on the monitor.* |
| 5 | <u>the apparatus further comprising a measurement module, the measurement module identifying locations for placing an electrode, the location calculated by analysis of received input from an electrode, the measurement module transmitting display information to a monitor</u>, <u>the display information indicating the correct placement of an electrode</u> | iM80:<br>The <u>monitor monitors parameters</u> such as ECG (3-lead, 5-lead, 12-lead selectable), Respiration (RESP), Functional arterial oxygen saturation (SpO2), Invasive or noninvasive blood pressure (2/4 channels IBP NIBP), Cardiac Output (C.O.), Temperature (dual-TEMP), Expired CO2 and Anesthetic gas (AG). <u>The monitor is equipped with alarms that indicate system faults (such as loose or defective electrodes),</u> physiologic parameters that have exceeded the limits set by the operator, or both.<br>*http://www.edanusa.com/brochures/man_4262.pdf (Page 13 of 193)*<br><br><u>The monitor measures respiration from the amount of thoracic impedance between two ECG electrodes.</u> <u>The change of impedance between the two electrodes, (due to the thoracic movement), produces a respiratory waveform on the screen</u>.<br><br>*http://www.edanusa.com/brochures/man_4262.pdf (Page 79 of 193)*<br>*The monitor measures respiration and it can be inferred as a measurement module. Also, it has screen for display.*<br><br><u>Cardiac activity that affects the Resp waveform is called cardiac overlay</u>. It happens when the Resp electrodes pick up impedance changes caused by the rhythmic blood flow. <u>Correct electrode placement can help to reduce cardiac overlay:</u> avoid the liver area and the ventricles of the heart in the line between the respiratory electrodes. This is particularly important for neonates. |

| | | |
|---|---|---|
| | | *http://www.edanusa.com/brochures/man_4262.pdf* (Page 80 of 193)<br>*The step of reducing cardiac overlay by correct electrode placement as display information indicating correct placement of an electrode.*<br><br>Some patients, especially neonates, expand their chests laterally. <u>In these cases it is best to place the two respiratory electrodes in the right midaxillary and left lateral chest areas at the patient's maximum point of breathing movement to optimize the respiratory wave</u>.<br><br>*http://www.edanusa.com/brochures/man_4262.pdf* (Page 80 of 193)<br><br><u>Place the red and green electrodes diagonally to optimize the respiration waveform. Avoid the liver area and the ventricles of the heart in the line between the RESP electrodes so as to avoid cardiac overlay or artifacts from pulsating blood flow.</u> This is particularly important for neonates.<br><br>*http://www.edanusa.com/brochures/man_4262.pdf* (Page 80 of 193) |
| 6 | <u>a sensor module for detecting recorded signal parameters</u>; | 8.8.1 Electrode Placement for <u>3-lead</u><br>Take the American standard for example, see the following figure:<br>■<u>RA placement - directly below the clavicle and near the right shoulder</u>.<br>■<u>LA placement: directly below the clavicle and near the left shoulder</u>.<br>■<u>LL placement - on the left hypogastrium</u>.<br><br>*http://www.edanusa.com/brochures/man_4262.pdf* (Page 68)<br>*It is inferred that for measuring body signal parameters using electrodes, sensors are must. The sensors are not part of the iM80 monitor but are accessory.* |
| 7. | <u>a processor module configured for analyzing and enhancing the signal parameters and for transforming the enhanced signal parameters into an electrocardiogram display</u>; | Chapter 8 Monitoring ECG<br>8.1 Overview<br><u>The electrocardiogram (ECG) measures the electrical activity of the heart and displays it on the monitor</u> as a waveform and a numeric. This chapter also tells you about arrhythmia monitoring and ST monitoring.<br><br>*http://www.edanusa.com/brochures/man_4262.pdf* (Page 64) |

| | | |
|---|---|---|
| | | 8.6.2 Connecting ECG Cables<br>1. Attach clip or snap to electrodes prior to placement.<br>2. Put the electrodes on the patient. Before attaching, apply some conductive jelly on the electrodes if the electrodes are not electrolyte self-supplied.<br>3. Connect the electrode lead to the patient's cable.<br><br>*http://www.edanusa.com/brochures/man_4262.pdf (Page 67)*<br>*iM80 monitor has to use a processor to analyze and enhance the body signal parameters for creating an ECG and display it on monitor.* |
| 8. | the apparatus further comprising at least one dynamic reference electrode, the dynamic reference electrode, not involved in direct measurement of an electrical dipole, the dynamic reference electrode shifting for each lead measurement. | 8.8.1 Electrode Placement for 3-lead<br>Take the American standard for example, see the following figure:<br>■RA placement - directly below the clavicle and near the right shoulder.<br>■LA placement: directly below the clavicle and near the left shoulder.<br>■LL placement - on the left hypogastrium. |



Electrode Placement for 3-lead

http://www.edanusa.com/brochures/man_4262.pdf *(Page 68)*
*In general 3 lead ECG one electrode will be used as reference electrode while other two are active electrodes. So it is inferred that in the 3 lead ECG of iM80 one of the three electrodes is acting as reference electrode.*